1 OF 2

Wilkie D. Ferguson Courthouse
Southern District of Florida
Clerk of the Court
400 N. Miami Ave., Room 8N09
Miami, FL 33128



FILED BY _____ D.C.

FEB 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Greetings,

I, Matthew Alexander King, pursuant to Article I Section 24 Florida Constitution; Florida Statute 28.13, 28.222, 119.01, 119.07; and the Freedom of Information Act, am requesting from Case # 1:18-cr-20591-RAR and Case # 1:19-cr-20272-BB the following documents:

(A) For Case # 1:18-cr-20591-RAR

• Copy of the Detention Order

• Copy of the Grand Jury Minutes

• Copy of the Complaint (Docket ID # 1) filed on 06/27/2018

• Copy of Motion to Dismiss (Docket ID# 79) filed on 05/09/2022

(B) For Case # 1:19-cr-20272-BB

• Copy of the Detention Order

2 OF 2

- Copy of the Grand Jury Minutes

- Copy of the Complaint

- Copy of Motion for Protective Order (DOCKET ID # 38) filed on 01/06/2020.

- Copy of Order Granting Motion for Protective Order (DOCKET ID # 41) filed on 01/07/2020.

- Copy of Motion to Suppress June 26, 2018 Confession (DOCKET ID # 32) filed on 12/19/2019.

Please reply promptly with the information requested. Thank you in advance for taking the time to read this correspondence. I look forward to your response.

Respectfully Submitted,

Matthew A. King

Matthew Xing 22015270

Metro West Detention Center

13850 NW 41st ST

Miami, FL 33178

31 FEB 2025 PM 5 L

REC'D BY_____ D.C.

FEB 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Wilkie D. Ferguson Courthouse

Southern District of Florida

Clerk of the Court

400 N. Miami Ave., Room 8N09

Miami, FL 33128

"LEGAL MAIL"

33128:1801 C075

This correspondence originated at a Miami-Dade Correctional rehabilitation facility. MDCR is not responsible for its contents.